KAREN L. LOEFFLER
United States Attorney

JOSEPH W. BOTTINI
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: joe.bottini@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | No. |
|---|---|---|
| | ) | |
| Plaintiff, | ) | COUNTS 1-3 |
| | ) | FALSE STATEMENT |
| vs. | ) | Vio. of 18 U.S.C. § 1001 |
| | ) | |
| PHILLIP MARTIN OLSON, | ) | |
| | ) | |
| Defendant. | ) | |

I N D I C T M E N T

The grand jury charges that:

**General Allegations**

**The Bombing of the Trans Alaska Pipeline in February 1978**

1.     On or about February 14, 1978, an explosive device detonated on the

Trans Alaska Pipeline in the vicinity of Nordale Road and Chena Hot Springs

Road, near Fairbanks, Alaska - at Trans Alaska Pipeline Mile 454.5. The explosive charge, which consisted of a commercial explosive composed as a shaped charge specifically designed to cut metal, had been placed inside of the insulation layer on the pipeline and next to the steel pipe itself. The explosion blew a hole in the pipeline and caused approximately 12,000 to 14,000 barrels of crude oil to spill from the pipeline before the spill was stopped.

2.  After a thorough investigation by law enforcement agencies, the bombing went unsolved and no one was ever charged with carrying out the February, 1978 attack on the pipeline.

### 35 years later, PHILLIP MARTIN OLSON Confesses to the February 1978 Pipeline Bombing

3.  In November, 2013, the Federal Bureau of Investigation was notified by an individual that PHILLIP MARTIN OLSON ("OLSON") had been making statements admitting that he had carried out the February, 1978, bombing attack on the Trans Alaska Pipeline. An investigation into OLSON's alleged claims was commenced by the Federal Bureau of Investigation ("FBI") and the Alaska State Troopers ("AST").

4.  During the investigation, OLSON was interviewed a number of times by the FBI and AST, and consistently admitted that he had carried out the February, 1978, pipeline bombing. During these interviews, OLSON described in detail how he had planned and prepared to attack the pipeline

with an explosive device, and explained exactly how he had actually carried out the actual bombing.  During the investigation, law enforcement was able to corroborate OLSON's admissions that he had been responsible for the attack.

5. During multiple interviews, OLSON falsely implicated another individual - C.D. - in carrying out the actual bombing of the pipeline with OLSON.  OLSON's statements to the FBI that C.D. had assisted in placing the explosive device on the pipeline on or about February 14, 1978, were intentionally false.

6. OLSON's false accusations that C.D. had assisted OLSON in the actual bombing of the pipeline caused the FBI to expend additional time and resources investigating this claim.  This included multiple interviews of C.D., who denied that he had assisted OLSON in the actual bombing.

## COUNT 1

7. Paragraphs 1 – 6 are realleged herein.

8. On or about November 7, 2013, in the District of Alaska, the defendant, PHILLIP MARTIN OLSON, did willfully and knowingly make and cause to be made a materially false and fictitious statement in a matter within the jurisdiction of a department or agency of the United States, by making a statement to a Federal Bureau of Investigation Special Agent  falsely implicating C.D. in participating with OLSON in the actual bombing of the

Trans Alaska Pipeline near Fairbanks, Alaska, on or about February 14, 1978. The statement was false because, as OLSON then and there knew, C.D. had not participated with OLSON in the actual bombing of the Trans Alaska Pipeline near Fairbanks, Alaska, on or about February 14, 1978.

All of which is in violation of Title 18, United States Code, Section 1001.

## COUNT 2

9. Paragraphs 1 – 6 are realleged herein.

10. On or about November 21, 2013, in the District of Alaska, the defendant, PHILLIP MARTIN OLSON, did willfully and knowingly make and cause to be made a materially false and fictitious statement in a matter within the jurisdiction of a department or agency of the United States, by making a statement to a Federal Bureau of Investigation Special Agent falsely implicating C.D. in participating with OLSON in the actual bombing of the Trans Alaska Pipeline near Fairbanks, Alaska, on or about February 14, 1978. The statement was false because, as OLSON then and there knew, C.D. had not participated with OLSON in the actual bombing of the Trans Alaska Pipeline near Fairbanks, Alaska, on or about February 14, 1978.

All of which is in violation of Title 18, United States Code, Section 1001.

## COUNT 3

11. Paragraphs 1 – 6 are realleged herein.

//

12. On or about January 9, 2014, in the District of Alaska, the defendant, PHILLIP MARTIN OLSON, did willfully and knowingly make and cause to be made a materially false and fictitious statement in a matter within the jurisdiction of a department or agency of the United States, by making a statement to a Federal Bureau of Investigation Special Agent falsely implicating C.D. in participating with OLSON in the actual bombing of the Trans Alaska Pipeline near Fairbanks, Alaska, on or about February 14, 1978. The statement was false because, as OLSON then and there knew, C.D. had not participated with OLSON in the actual bombing of the Trans Alaska Pipeline near Fairbanks, Alaska, on or about February 14, 1978.

All of which is in violation of Title 18, United States Code, Section 1001.

A TRUE BILL.

   s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

   s/ Joseph W. Bottini
JOSEPH W. BOTTINI
Assistant U.S. Attorney
United States of America


   s/ Karen L. Loeffler
KAREN L. LOEFFLER
United States Attorney
United States of America


DATED: 5/21/2014